# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2143. KENNETH WAYNE CLAY v. THE STATE.**

Kenneth Wayne Clay, appearing pro se, appeals directly to this Court from the trial court's order revoking his probation entered on October 2, 2025. We lack jurisdiction for two reasons.

Clay has no right of direct appeal from the trial court's order. Under OCGA § 5-6-35(a)(5), appeals from probation revocation orders must be made by application for discretionary review. *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). And because compliance with the discretionary appeals procedure is jurisdictional, failure to comply with that procedure, where applicable, requires dismissal of the appeal.[1] *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021).

Even if Clay were entitled to a direct appeal, however, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022).  Here, Clay's notice was filed 236 days after entry of the trial court's order, meaning that his appeal is

---

[1] Clay filed a pleading labeled "Notice of Discretionary Appeal" in the trial court. Unlike a notice of appeal, however, an application for discretionary review by the Court of Appeals must be filed in this Court and must comply with OCGA § 5-6-35 and Court of Appeals Rule 31. Thus, Clay's filing in the trial court cannot be construed as an application for discretionary review.

untimely.

Given our lack of jurisdiction, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___07/06/2026_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*